UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WILLIAM MCKNIGHT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AFRICAN AMERICAN GOLFER'S DIGEST, INC.,<br><br>　　　　　　Defendant. | Case No: 1:23-cv-09611-ER |

**[~~PROPOSED~~] DEFAULT JUDGMENT**

**WHEREAS,** this matter came before the Court on plaintiff Daniel William McKnight's ("Plaintiff") application for entry of a default judgment against defendant African American Golfer's Digest, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS**, Plaintiff filed his application for entry of default judgment seeking $5,000.00 in statutory damages for copyright infringement, $3,587.50 in attorneys' fees, and $457.00 in costs plus interest.

**WHEREAS**, Defendant has not filed any opposition to Plaintiff's application for default judgment. By Order to Show Cause, the Court scheduled a hearing for Plaintiff's application on _____May 30_____, __2024__ and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $5,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $3,587.50 in attorneys' fees and $457.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED**, that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: 05/30/2024

**SO ORDERED.**

_____
EDGARDO RAMOS (U.S.D.J.)